MARTE J. BASSI, ESQ. (SBN 130882)
mbassi@behblaw.com
D. MARK JACKSON, ESQ. (SBN 218502)
mjackson@behblaw.com
ANDREA K. LENHARDT, ESQ. (SBN 265261)
alenhardt@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
515 S. Flower Street, Suite 1020
Los Angeles, CA 90071
Telephone: (213) 412-2661
Facsimile: (213) 652-1992

Attorneys for GC SERVICES LIMITED PARTNERSHIP

## UNITED STATES OF DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| VALORIE MOSER,<br><br>        Plaintiff,<br><br>    vs.<br><br>GC SERVICES LIMITED PARTNERSHIP<br><br><br>        Defendants. | Case No. 3:17-cv-01921-L-WVG<br><br>**DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S OFFER OF JUDGMENT** |

2384875

COMES NOW Defendant, GC Services Limited Partnership, and pursuant to Fed. R. Civ. P. 68 offers to allow judgment to be entered against it in the amount of $3,000.00.  This shall be the total amount to be paid by Defendant and is inclusive of any costs and attorneys' fees incurred by Plaintiff to this date.

If Plaintiff does not accept this offer she may become obligated to pay Defendant's costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made, or it is deemed withdrawn.

Dated this 6th day of February, 2018.

Respectfully Submitted,

*/s/ Marte J. Bassi*
Marte J. Bassi, Esq.
BASSI EDLIN HUIE & BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 403-4455
Fax: (415) 397-1339
Email: alenhardt@behblaw.com

**ATTORNEYS FOR DEFENDANT, GC SERVICES LIMITED PARTNERSHIP.**

2384875

**Re**:   **Valorie Moser v. CG Services Limited Partnership**
**United States District Court, Southern District**
**Case No. 3:17 - cv- 01921-L-WVG**

## PROOF OF SERVICE – CCP §1013(a)(3)

STATE OF CALIFORNIA/COUNTY OF San Francisco
I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On February 8, 2018, I electronically filed with the Court and served through its CM/ECF program, which will electronically mail notice to all attorneys of record, through the same program, the following document(s):

### DEFENDANT GC SERVICES LIMITED PARTNERSHIP'S OFFER OF JUDGMENT

  **X**   CM/ECF: Electronically, pursuant to CM/ECF system, registration as a
CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on February 8, 2018, at San Francisco, California.

_____

MARIA FLORES

2390867

PROOF OF SERVICE