

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Valorie Moser

**Plaintiff,**

**v.**

GC Services Limited Partnership

**Defendant.**

**Civil Action No.**   17-cv-01921-L-WVG

**JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Offer of Judgment Against GC Services Limited Partnership which was dated and served on Plaintiff on February 8, 2018. Judgment is entered in the amount of $3,000.00.

**Date:**   2/15/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy